

**Michael Yeager**
U.S. Marshal

**U.S. Department of Justice**
United States Marshals Service
75 Spring Street S.W. Suite 1600
Atlanta, GA 30303

April 05, 2022



Mr. Andre Dubois
USMS # 73032-01WMR-9-WMR-JKL
Case # 1:20-CR-00305-

Dear Mr. Dubois

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

        INSTITUTION:    FCI Yazoo City Low
                                              2225 Barbour Parkway
                                              Yazoo City, MS  39194

        TELEPHONE NO.:    662-751-4800

        REPORT DATE:    **NOON, MAY 19, 2022**

Any further inquiries should be directed to the institution at the telephone number listed above.

                                                            Respectfully,

                                                            Michael Yeager
                                                            United States Marshal

                                                           Ronnie D Virden
                                                           Criminal Section